FORM TO BE USED BY A PRISONER IN FILING A CIVIL RIGHTS COMPLAINT

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

07696-005
(Inmate Number)

NDONGO, Germain Didier
(Name of Plaintiff)

801 Eastern Ave Capitol Heights, MD
(Address of Plaintiff)

20743

vs.

FCI, LSCI

PO Box 209 White Deer, PA 17887

Warden, Ackley Susan, DDS Morley
(Names of Defendants)

1: CV 01-0239
(Case Number)

FILED
SCRANTON
FEB 06 2001
COMPLAINT
DEPUTY CLERK

TO BE FILED UNDER: ____ 42 U.S.C. § 1983 - STATE OFFICIALS
                    ____ 28 U.S.C. § 1331 - FEDERAL OFFICIALS

I. Previous Lawsuits

   A.  If you have filed any other lawsuits in federal court while a prisoner please list the capti[on]
       and case number including year, as well as the name of the judicial officer to whom it w[as]
       assigned:
       N/A

II. Exhaustion of Administrative Remedies

   A.  Is there a grievance procedure available at your institution?
       _x_ Yes ___ No

   B.  Have you filed a grievance concerning the facts relating to this complaint?
   x   _x_ Yes ___ No

       If your answer is no, explain why not _____

   C.  Is the grievance process completed? _x_ Yes ___ No

II. Defendants

(In Item A below, place the full name of the defendant in the first blank, his/her official position the second blank, and his/her place of employment in the third blank. Use Item B for the name positions and places of employment of any additional defendants.)

A. Defendant LSCI, Low Security Correctional Institution is employe

as Federal Correction Inst. at White Deer, PA

B. Additional defendants Warden,      Chief DENTIST, et al

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involv including dates and places. Do not give any legal arguments or cite any cases or statutes. Atta extra sheets if necessary.)

1. On or about Feb 16th, 1999, LSCI has served a cherry pie that which contained a pit in the pie. The Kichen Facility did not check the quality of its pie order

2. Consequently, plaintiff Germain NDONGO chipped it tooth as evidenced by S. Page a med Supervisor. I was sent to see the dentist af several unsussful attempts, I was transfer to holding. DDS Morley performed an expediated poor that has longtime fell.

3. Warden, Ockley Susan repeately, ignored my complain until the last minute



V. Relief

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

1. Plaintiff is asking this Honorable Court to award him an amount of $850,000 (Eight Hundred fifty thousand and no /00) for (1) pain and suffering (2) Mental Anguish (3) Irreversible lifelong deformity

2. 

3. 

Signed this __31st__ day of __Jan 31st__, 19_99_.

_____
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

__31st Day of Jan 1999__    _____
(Date)                       (Signature of Plaintiff)



**UNITED STATES GOVERNMENT**
# memorandum
LSCI Allenwood, Pa. 17810

Exhibit "A"

DATE: April 2,1999

REPLY TO
ATTN OF: S. Page

SUBJECT: Chipped Tooth

TO: Ms. Mudge, Safety Manager

1: CV 01-0239

On February 16th, at aproxamatly 11:45 AM I/M Ndonga Germain Reg.#07696-005 chipped his tooth wile eating his dessert. I/M Ndonga brought the incident to my attention. I confirmed the cause to a cherry pit in the pie filling. The I/M was sent to Health Services immediatlly. My supervisor was notified as well as the Saftey Manager.

If you have any question please feel free to contact me at your leasure.

Thank you.

S.Page

FILED
SCRANTON
FEB 06 2001
PER _____ DEPUTY CLERK

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

| 1. Submit To Appropriate Federal Agency: US District ct For the Middle District of Pennsylvania 235 North Washington Ave P.O Box 1148 Scranton, PA 18501-1148 | 2. Name, Address of claimant and claimant's personal representative. if any. (See instructions on reverse.) (Number, street, city, State and Zip Code) GERMAIN D. NDONGO 644 Keefer Pl. Washington, DC 20010 |
|---|---|

| 3. TYPE OF EMPLOYMENT MILITARY ☒ CIVILIAN | 4. DATE OF BIRTH 06-23-58 | 5. MARITAL STATUS M | 6. DATE AND DAY OF ACCIDENT Feb. 16th, 1999 | 7. TIME (A.M. OR P.M.) 11:45 AM |
|---|---|---|---|---|

8. Basis of Claim (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurence and the cause thereof) (Use additional pages if necessary.)

Plaintiff was at the time of this injury an inmate at the LSCI, Allenwood, PA During a lunch at the food facility, while eating my dessert made of cherry pie filling. A crack was heard and pain felt. A front tooth was chipped and immediately, the incident was brought to Mr Page,s attention who confirmed the cause to a cherry pit in the pie filling. His supervisor was notified. What followed is a gross negligence to handle the LSCI unwillingness to redress a tort. See attached chain of command exhausted appeals until 04/05/99 five days before plaintiff's release date of 04/10/99. Serial of requests and answers are attached. Expeditive "repair" was unsastisfactory and a fail

9. PROPERTY DAMAGE

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, street, city, State, and Zip Code)

N/A

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF DAMAGE AND THE LOCATION WHERE PROPERTY MAY BE INSPECTED. (See instructions on reverse side.)

N/A

10. PERSONAL INJURY/WRONGFUL DEATH

STATE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE NAME OF INJURED PERSON OR DECEDENT. Aestetic deformity, discomfort disfigurement from that time of the injury and forward. This demise has conveyed and created a mental distress for years and lifelong anguish. GERMAIN D. Ndongo is the claimant affected by this injury of chipped tooth caused by a cherry pie pit served by LSCI Food Service.

11. WITNESSES

| NAME | ADDRESS (Number, street, city, State, and Zip Code) |
|---|---|
| S. Page S. Luttrell DR. Morley, DDS Campbel, Ackley    Susan, Warden | P.O. Box 1500 LSCI Allenwood White Deer, PA 17887 |

12. (See instructions on reverse) AMOUNT OF CLAIM (in dollars)

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights.) |
|---|---|---|---|
| N/A | $850.000.00 | N/A | $850.000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE ACCIDENT ABOVE AND AGREE TO ACCEPT S AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side.) [signature] | 13b. Phone number of signatory 202 726-2514 | 14. DATE OF CLAIM 04/30/1999 |
|---|---|---|

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant shall forfeit and pay to the United States the sum of $2,000, plus double the amount of damages sustained by the United States. (See 31 U.S.C. 3729.) | Fine of not more than $10,000 or imprisonment for not more than 5 years or both. (See 18 U.S.C. 287, 1001.) |

95-109   NSN 7540-00-634-4046   STANDARD FORM 95 (Rev. 7-85)