AO 240 (Rev. 6/86) Application to Proceed

FILED
HARRISBURG, PA

## United States District Court

DISTRICT OF _____

MAR 27 2001

MARY E. D'ANDREA, CLERK
Per _____

Germain Didier NDONGo

v.

LSCI-Allenwood et al.,

**APPLICATION TO PROCEED IN FORMA PAUPERIS, SUPPORTING DOCUMENTATION AND ORDER**

CASE NUMBER: 1:01-0239

I, Germain D. NDONGO, declare that I am the (check appropriate box)

☑ petitioner/plaintiff     ☐ movant (filing 28 U.S.C. 2255 motion)

☐ respondent/defendant    ☐ _____ other

In the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding of the issues I intend to present on appeal are briefly stated as follows:

In further support of this application, I answer the following questions.

1. Are you presently employed?                                    Yes ☐   No ☐
   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)

   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.

2. Have you received within the past twelve months any money from any of the following sources?
   a. Business, profession or other form of self-employment         Yes ☐   No ☑
   b. Rent payments, interest or dividends?                         Yes ☐   No ☑
   c. Pensions, annuities or life insurance payments?               Yes ☐   No ☑
   d. Gifts or inheritances?                                        Yes ☐   No ☑
   e. Any other sources?                                            Yes ☐   No ☑

AO 240 Reverse

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

3. Do you own any cash, or do you have money in checking or savings accounts?
   Yes ☐  No ☒  (Include any funds in prison accounts.)
   If the answer is "yes," state the total value of the items owned.

4. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?
   Yes ☐  No ☒
   If the answer is "yes," describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 03 20 01
           (Date)

_William M. Reid_
Signature of Applicant

WILLIAM M. REID
3-20-01
DATE

### CERTIFICATE
(Prisoner Accounts Only)

I certify that the applicant named herein has the sum of $_____ on account to his credit at the _____ institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution: _____

I further certify that during the last six months the applicant's average balance was $_____

Authorized Officer of Institution

### ORDER OF COURT

| The application is hereby denied | The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor. |
|---|---|
| United States Judge    Date | United States Judge or Magistrate Judge    Date |

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GERMAIN DIDIER NDONGO, | : CIVIL ACTION NO. 1:01-0239 |
| Plaintiff | : (RAMBO, J.) |
| v. | : (MANNION, M.J.) |
| LSCI-ALLENWOOD, et al., | : |
| Defendants | : |

FILED
WILKES BARRE
MAR 12 2001
MARY E. D'ANDREA, CLERK
Per_____ DEPUTY CLERK

O R D E R

On February 6, 2001, the plaintiff filed the instant action, in which he seeks to recover damages for an injury allegedly suffered while he was confined at the Low Security Correctional Institution at Allenwood, ("LSCI-Allenwood"), White Deer, Pennsylvania. (Doc. No. 1).

Along with his complaint, the plaintiff filed an application to proceed in forma pauperis and an authorization form used for prisoners filing a civil rights action. (Doc. Nos. 2 & 3). Upon review of the complaint, however, it would appear that the plaintiff has been released from LSCI-Allenwood and is no longer incarcerated.

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

(1) the clerk's office is directed to serve the plaintiff with the appropriate application to proceed in forma pauperis;

(2) the plaintiff is directed to either complete and return the application to proceed in forma pauperis or submit the proper filing fee within fifteen (15) days of the date of this order; and

(3) if the plaintiff fails to either complete and return

1

the application to proceed <u>in forma pauperis</u> or submit the proper filing fee, it will be recommended that the plaintiff's complaint be dismissed.

                                    MALACHY E. MANNION
                                    United States Magistrate Judge

Date: March 12, 2001

2