UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GERMAIN DIDIER NDONGO | CIVIL ACTION NO. 1: 01-0239 |
| Plaintiff | (RAMBO, J.) |
| V | (MANION, M.J.) |
| LSCI-ALLENWOOD, ET AL., | |
| Defendants | |

FILED
SCRANTON

MAY 21 2001

PER _____
DEPUTY CLERK

MOTION REQUESTING A RULING TO PROCEED IN FORMA PAUPERIS

DATED MARCH 27TH, 2001

ON OR ABOUT MARCH 12TH, 2001 OR THEREAFTER, PLAINTIFF RECEIVED AN APPLICATION FROM THE CLERK'OFFICE DIRECTING HIM TO EITHER COMPLETE THE APPLICATION, OR SUBMITT THE PROPER FEE.

THE PLAINTIFF RETURNED HIS APPLICATION TO PROCEED IN FORMA PAUPERIS ON OR ABOUT MARCH 27TH, 2001; SINCE THEN, PLAINTIFF HAS NOT HEARD FROM THIS HONORABLE COURT.

PLAINTIFF HAS SUBMITTED THE CLERK'S OFFICE WITH A CHANGE OF ADDRESS AND HAS REQUESTED THAT FROM THAT TIME, THE RECORDS AND EVERY CORRESPONDANCE FROM THEN AND ON, REFLECT THAT CHANGE.

PLAINTIFF'S ADDRESS WAS DIRECTED TO BE;
PO BOX 1802
LANDOVER, MD 20785

Sincerely, submitted

Germain Didier Ndongo

Dated May 17th, 2001