IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**GERMAIN DIDIER NDONGO,** : CIVIL NO. 1:CV-01-02329
    **Plaintiff** : (Judge Rambo)
    v. : (Magistrate Judge Blewitt)
**LSCI-ALLENWOOD, et al.,** :
    **Defendants** :

## O R D E R

Before the court is a report of the magistrate judge to whom this matter was referred recommending that the complaint be dismissed for Plaintiff's failure to respond to an order of court. No objections to the report and recommendation have been filed.[1]

Therefore, upon consideration of the record and applicable law,

**IT IS HEREBY ORDERED THAT:**

1) The court adopts the report and recommendation of Magistrate Judge Blewitt.

2) The complaint is dismissed pursuant to Federal Rule of Civil Procedure 41(b) for Plaintiff's failure to respond to an order of court.

3) It is certified that any appeal from this order will be deemed frivolous and not taken in good faith.

4) The Clerk of Court shall close the file.

                          SYLVIA H. RAMBO
                          United States District Judge

Dated: May 31, 2001.

---

[1] Objections were due no later than May 25, 2001.

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

\* \* MAILING CERTIFICATE OF CLERK \* \*

May 31, 2001

Re:  1:01-cv-00239   Ndongo v. FCI, LSCI Allenwood

True and correct copies of the attached were mailed by the clerk to the following:

```
Germain Didier Ndongo
07696-005
P.O. Box 1802
Landover, MD  20785
```

cc:
| | | | |
|---|---|---|---|
| Judge | (X) Rambo | ( ) | Pro Se Law Clerk |
| Magistrate Judge | (X) Mannion | ( ) | INS |
| U.S. Marshal | ( ) | ( ) | Jury Clerk |
| Probation | ( ) | | |
| U.S. Attorney | ( ) | | |
| Atty. for Deft. | ( ) | | |
| Defendant | ( ) | | |
| Warden | ( ) | | |
| Bureau of Prisons | ( ) | | |
| Ct Reporter | ( ) | | |
| Ctroom Deputy | ( ) | | |
| Orig-Security | (X) | | |
| Federal Public Defender | ( ) | | |
| Summons Issued | ( ) | with N/C attached to complt. and served by: U.S. Marshal ( )  Pltf's Attorney ( ) | |
| Standard Order 93-5 | ( ) | | |
| Order to Show Cause | ( ) | with Petition attached & mailed certified mail to: US Atty Gen ( )  PA Atty Gen ( )  DA of County ( )  Respondents ( ) | |
| Bankruptcy Court | ( ) | | |
| Other _____ | ( ) | | |

MARY E. D'ANDREA, Clerk

DATE: May 31st, 2001                             BY: /s/ _____
                                                     Deputy Clerk